FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT E.D. N.Y.

★ OCT 23 2007 ★

P.M. _____
TIME A.M. _____

DOCKET & FILE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Naquan Williams,

            Plaintiff,

-V-

New York City, et al.,

            Defendants.
-----------------------------------------------------------X

ORDER OF DISCONTINUANCE

05CV4610(SLT)(MDG)

Townes, United States District Judge

    IT APPEARING that it has been reported to the Court that the above captioned action has been settled.

    IT IS HEREBY ORDERED, that this action is discontinued, without cost, and without prejudice to reopening if the settlement is not consummated.

    SO ORDERED.

s/ SLT
SANDRA L. TOWNES
UNITED STATES DISTRICT JUDGE

Dated: Brooklyn, New York
        October 22, 2007